IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FLOYD BANKS, | : | |
| Plaintiff, | : | |
| v. | : | CA 10-0461-C |
| SOCIAL SERVICE COORDINATORS, INC., | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the Memorandum Opinion & Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 3) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Perry County, Alabama from whence it came.

**DONE** this 6th day of October, 2010.

/s WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**